IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Babita Masand, | NO. C 12-00411 JW |
| Plaintiff, | **ORDER VACATING DATES; SETTING STATUS CONFERENCE** |
| v. | |
| Prudential Insurance Company of America, | |
| Defendant. | |

Presently before the Court is the parties' Notice of Settlement. (Docket Item No. 14.) In their Notice of Settlement, the parties contend that they "have reached an agreement to resolve this action in its entirety" and request that all pending dates in this case be vacated. (Id.)

In light of the parties' contentions regarding their settlement, the Court VACATES all pretrial dates in this matter. The Court sets **June 11, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **June 1, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: May 8, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Mark Feinberg dfeinberg@lewisfeinberg.com
Jason A James jjames@mmhllp.com
Joshua Toshio Kano Davidson jdavidson@lewisfeinberg.com
Linda Marie Lawson Llawson@mmhllp.com

**Dated: May 8, 2012**                                     **Richard W. Wieking, Clerk**

                                                 **By:**   **/s/ JW Chambers**
                                                        **Susan Imbriani**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California